**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**Western Division**

**UNITED STATES OF AMERICA**

-vs-                                                                                        Case No.   **2:25cr20027,**
                                                                                                        **2:25CR-20042**

**STEVEN HALE,**

**ORDER APPOINTING COUNSEL PURSUANT TO**
**THE CRIMINAL JUSTICE ACT**

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

**APPOINTMENT OF COUNSEL**

- The Federal Public Defender is appointed as counsel for the Defendant.

**TYPE OF APPOINTMENT**

- All purposes including trial and appeal.

**DONE** and **ORDERED** in 167 North Main, Memphis, this 6TH   day of March 2025.

s/ Annie T. Christoff
ANNIE T. CHRISTOFF
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States Attorney
United States Marshal